WILLIAM M. RUBENDALL State Bar No. 80616
DAVID E. GATES State Bar No. 039107
LAW OFFICES OF WILLIAM M. RUBENDALL
801 Augusta Court
Concord, Ca. 94518

(925) 827-2272
(925) 827-2905 Fax
wrubelaw@sbcglobal.net
Attorneys for Debtors
KENNETH DANIEL BARNES
VICTORIA BARNES

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

In re                                             Case No.   10-40304 – WJL
KENNETH DANIEL BARNES
VICTORIA BARNES                                   Chapter 13

**APPLICATION FOR JUDGMENT AVOIDING LIEN OF PNC BANK NATIONAL ASSOCIATION fka NATIONAL CITY BANK**

Debtors
_____/

TO THE HONORABLE WILLIAM J. LAFFERTY, JUDGE OF THE UNITED STATES BANKRUPTCY COURT:  Debtors KENNETH DANIEL BARNES and VICTORIA BARNES, through their attorneys, William M. Rubendall and David E. Gates, hereby applies for a Judgment avoiding the lien of PNC BANK NATIONAL ASSOCIATION fka NATIONAL CITY BANK.  This Application is based on the pleadings in this case, and the Declaration of David E. Gates,

Dated:  March 13, 2015

                                        /s/ David E. Gates
                                        David E. Gates

[Application]- 1