WILLIAM M. RUBENDALL State Bar No. 80616
DAVID E. GATES State Bar No. 039107
LAW OFFICES OF WILLIAM M. RUBENDALL
801 Augusta Court
Concord, Ca. 94518

(925) 827-2272
(925) 827-2905 Fax
wrubelaw@sbcglobal.net
Attorneys for Debtors
KENNETH DANIEL BARNES
VICTORIA BARNES

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

In re
KENNETH DANIEL BARNES
VICTORIA BARNES

Debtors

_____/

Case No. 10-40304 - WJL
Chapter 13

**DECLARATION OF DAVID E. GATES**

David E. Gates declares:

I am David E. Gates, an attorney at law, licensed to practice law in the State of California and the United States District Court for the Northern District of California.

I am one of the attorneys for Debtors KENNETH DANIEL BARNES and VICTORIA BARNES in this Chapter 13 case.

If called as a witness, I could competently testify as follows:

1. Debtors' Petition in this Chapter 13 Bankruptcy case was filed on January 11, 2010.

2. On February 8, 2010, Debtors filed a Motion to Value Lien of PNC BANK NATIONAL ASSOCIATION fka NATIONAL CITY BANK.

[Declaration of David E. Gates]- 1

3. An ORDER VALUING LIEN OF PNC BANK NATIONAL ASSOCIATION fka NATIONAL CITY BANK was entered March 4, 2010. That Order was effective during the Chapter 13 plan. A copy is attached herewith as Exhibit "A", 2 pages.

4. Debtors have completed their Chapter 13 Plan payments, and anticipate receiving their Chapter 13 Discharge shortly. A copy of the Discharge will be furnished when available.

5. The second deed of trust referred to in the Order Valuing Lien, was the second deed of trust from KENNETH DANIEL BARNES and VICTORIA BARNES to NATIONAL CITY BANK predecessor in interest to PNC BANK NA of property located at 704 Anderson Avenue, Brentwood, California 94513 recorded at the Contra Costa County Recorder's office on June 1, 2007 as Document No. 2007-0160372-00 attached hereto as Exhibit B.

Signed under penalty of perjury pursuant to the laws of the United States of America this 12th day of March, 2015 at Concord, California.

/s/ David E. Gates
David E. Gates